IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ANTHONY HAWKINS 1ST,

      Petitioner,

v.                                                    CASE NO. 1:07-cv-213-MMP-AK

WALTER MCNEIL,

      Respondent.

_____/

## O R D E R

This matter is before the Court on Docs. 36, Petitioner's motion to correct scrivener's

errors in his motion for leave to file a second amended petition, Doc. 34, and the proposed

corrections.  Doc. 37.  The errors in the case number are of no consequence on this occasion, and

therefore, there is no need for the Clerk to make the correction.  The motions, Docs. 36 and 37,

are **DENIED**.

      **DONE AND ORDERED** this  *15th*  day of December, 2008.


                           *s/ A. KORNBLUM*_____
                           **ALLAN KORNBLUM**
                           **UNITED STATES MAGISTRATE JUDGE**