IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY HAWKINS,

      Petitioner,

v.                                           CASE NO. 1:07-cv-213-MMP-AK

WALTER A. MCNEIL,

      Respondent.

_____/

## O R D E R

      This matter is before the Court on Doc. 44, Petitioner's Motion for Release.  Having

carefully considered the matter, the Court finds the motion is not well taken, and it is **DENIED**.

      **DONE AND ORDERED** this  *13th*  day of January, 2009.

                     *s/ A. KORNBLUM*_____
                     **ALLAN KORNBLUM**
                     **UNITED STATES MAGISTRATE JUDGE**