IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY HAWKINS,

    Petitioner,

v.                                     CASE NO. 1:07-cv-213-MMP-AK

WALTER A. MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 53, Respondent's Motion for Extension of Time to File Response. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **May 18, 2009.** Petitioner may file a reply no later than **June 19, 2009.**

**DONE AND ORDERED** this *16th* day of April, 2009.

                                *s/ A. KORNBLUM*
                                **ALLAN KORNBLUM**
                                **UNITED STATES MAGISTRATE JUDGE**