IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY HAWKINS 1ST,

    Petitioner,
v.                                                           CASE NO. 1:07-cv-213-MP-AK

WALTER McNEIL,

    Respondent.
_____/

## ORDER

This matter is before the Court on Doc. 64, Petitioner's motion for production of evidence. Petitioner moves for an order requiring the Respondent to produce certain physical evidence from Petitioner's State criminal case, including blood and urine test results, a medical report, and the Alachua County Sheriff's report regarding a sexual assault kit. The Court has not made a determination that an evidentiary hearing is necessary in this case. Accordingly, there is presently no basis for requiring the Respondent to produce such evidence. Having carefully considered the matter, the motion is **DENIED.**

**DONE AND ORDERED** this **15th** day of December 2009.

                                              **s/ A. KORNBLUM**
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**